LEONA MORRISON et al., Respondents, v. ALBERT W. LLOYD, Appellant. ALBERT W. LLOYD, Plaintiff, v. HENNE F. MEAD et al., Defendants.— Cross actions to recover damages for personal injuries and property damage as a consequence of the collision, in a street intersection, of an automobile operated by plaintiff Morrison and owned by plaintiff Mead, with a truck owned and operated by defendant

Lloyd. Judgment in favor of plaintiffs Morrison and Mead, entered on the verdict of a jury, unanimously affirmed, with costs. The court did not err in its charge. Neither car was " in the intersection or so near as to render it likely that a collision would occur " on either version of the incident (*Shea* v. *Judson*, 283 N. Y. 393). In any event, if error there was, it was not prejudicial. (Civ. Prac. Act, § 106.) Present — Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ.